IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL KRIZAN, BEVERLY KRIZAN and
DAVID-WYNN MILLER,

        Plaintiffs,

JUDGMENT IN A CIVIL CASE

12-cv-799-bbc

v.

FARM CREDIT SERVICE OF
NORTH-CENTRAL WISCONSIN,

        Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_____    12/11/12
Peter Oppeneer, Clerk of Court           Date